# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

White

**Plaintiff,**

**V.**

Wisco Restaurants, Inc. et al

**Defendant.**

FILED

5/11/2017

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                S. Tweedle , Deputy

**Civil No.**  17-cv-00103-L-JMA

**STRICKEN DOCUMENT:**

**Per Order #      19**

16